Form NTCABUSE (09/10)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Stacey P. Molenda**<br>463 Coventry Lane<br>Mason, MI 48854<br>SSN: xxx–xx–3961<br><br>**Debtor** | **Case Number 18–00452–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

# CLERK'S NOTICE PURSUANT TO 11 U.S.C. § 704(b)(1)(B) OF UNITED STATES TRUSTEE'S STATEMENT REGARDING PRESUMPTION OF ABUSE

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under Section 707(b). Filed by U.S. Trustee Michelle M. Wilson. (3Wilson, Michelle)

Daniel M. LaVille
Clerk of Court

**Dated:** April 18, 2018