UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

Stacey P. Molenda,

Debtor.

_____/

Case No. 18-00452

Chapter 7 Bankruptcy

Hon. Scott W. Dales

### DEBTOR'S RESPONSE TO STATEMENT OF PRESUMED ABUSE

NOW COMES, Debtor, Stacey P. Molenda, by and through her attorneys, CUZYDLO LAW GROUP, PLLC, and states as follows:

1. The Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on February 7, 2018.

2. The initial meeting of creditors was held on April 6, 2017.

3. Ms. Molenda's only source of income is via her employment with the Okemos Public Schools. Via said employment Ms. Molenda had a gross income monthly income when she filed her Chapter 7 case of $3,361.38. See the attached EXHIBIT A, Affidavit of Stacey P. Molenda.

4. Ms. Molenda resides with her husband, who is not a debtor in the above captioned case, and one (1) minor child.

5. The United States Trustee filed a Statement of Presumed Abuse pursuant to 11 USC §707(b) on April 16, 2018.

WHEREFORE, Debtor, Stacey P. Molenda, requests a review of the Clerk's Notice of presumed abuse.

Respectfully submitted,

CUZYDLO LAW GROUP, PLLC

DATED: 4/17/18

BY: _____
Charles R. Cuzydlo (P48503)
CUZYDLO LAW GROUP, PLLC
2193 Association Dr., Ste 500
Okemos, MI 48864
517-853-3962
ecf@cuzydlolaw.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:                                        Case No. 18-00452

  Stacey P. Molenda,                          Chapter 7 Bankruptcy

    Debtor.                                   Hon. Scott W. Dales

_____/

AFFIDAVIT OF STACEY P. MOLENDA

STATE OF MICHIGAN   )
                    )SS
COUNTY OF INGHAM    )

Stacey P. Molenda, being first duly sworn, deposes and says:

1. I am a resident of Mason, Michigan.

2. I am fully familiar with the facts stated in this Affidavit and, if sworn as a witness, I am competent to testify to them.

3. My only source of income is via my employment with the Okemos Public Schools, earning a gross income monthly income of $3,361.38 when I filed for Chapter 7 bankruptcy protection.

Further, Affiant sayeth not.

Dated: 4-17-2018                              By: Stacey P. Molenda
                                                  Stacey P. Molenda

Subscribed and sworn to before me, this 17 day of April, 2018.

Carmen McDonald, Notary Public

Ingham County, Michigan

A/I Ingham County, Michigan   ACTING IN COUNTY OF Ingham

CARMEN J MCDONALD
NOTARY PUBLIC, STATE OF MI
COUNTY OF INGHAM
MY COMMISSION EXPIRES Jul 23, 2018

My Commission Expires:_____